Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19–23019–JKS
                Chapter: 13
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yolanda Horton
   87 21st St
   Irvington, NJ 07111–4558

Social Security No.:
   xxx–xx–8743

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/1/19 and a confirmation hearing on such Plan has been scheduled for 8/8/19.

The debtor filed a Modified Plan on 7/30/19 and a confirmation hearing on the Modified Plan is scheduled for 9/12/19. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 31, 2019
JAN: lc

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-23019-JKS
Yolanda Horton                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Jul 31, 2019
                               Form ID: 186             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.
```
db              Yolanda Horton,    87 21st St,    Irvington, NJ 07111-4558
518331992       ATT DIRECTV,    AT&T,    PO Box 5014,    Carol Stream, IL 60197-5014
518377162       Capital One Bank,    C/o Lyons Doughty And Veldhuis,    PO Box 1269,
                 Mount Laurel, NJ 08054-7269
518331994      +ESSEX COUNTY SPECIAL CIVIL PART,    50 W Market St,    Newark, NJ 07102-1604
518331995       Fay Servicing LLC,    Attn: Bankruptcy Dept,    PO Box 809441,    Chicago, IL 60680-9441
518331996       Fay Servicing LLC,    1601 Lyndon B Johnson Fwy,    Farmers Branch, TX 75234-6034
518331997       I C System Inc,    PO Box 64378,    Saint Paul, MN 55164-0378
518331998       Jackie Horton,    87 21st St,    Irvington, NJ 07111-4558
518332000       Mscdevinc,    2433 S University Dr,    Fort Worth, TX 76109-1145
518377163       Pressler and Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
518377164       Silver Cloud Financial,    635 E Highway 20C,    Upper Lake, CA 95485
518377165       State of NJ,    NJ Division of Revenue,    33 W State St # 5TH,    Trenton, NJ 08608-1214
518332002       Terry Bishop,    87 21st St,    Irvington, NJ 07111-4558
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 01 2019 00:40:37      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2019 00:40:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518331993       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2019 00:46:48
                 Capital One Bank USA NA,    PO Box 30285,   Salt Lake City, UT 84130-0285
518331999       E-mail/Text: bankruptcydpt@mcmcg.com Aug 01 2019 00:40:27      Midland Funding LLC,
                 2365 Northside Dr # 300,    San Diego, CA 92108-2709
518332001       E-mail/Text: collections@profcu.org Aug 01 2019 00:38:58      Proponent Fcu,
                 536 Washington Ave,    Nutley, NJ 07110-3600
518332004       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 01 2019 00:38:45
                  Verizon,   Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Saint Charles, MO 63304-2225
518332003       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 01 2019 00:38:45
                  Verizon,   500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:
```
              Marie-Ann Greenberg    magecf@magtrustee.com
              Paul Anthony Figueroa, III    on behalf of Debtor Yolanda  Horton figueroa@focusedlaw.com,
               andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com
              Rebecca Ann Solarz    on behalf of Creditor   Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```