Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19–23019–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Yolanda Horton
  87 21st St
  Irvington, NJ 07111–4558

Social Security No.:
  xxx–xx–8743

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/31/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 31, 2020
JAN: zlh

                                             Jeanne Naughton
                                             Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                           Case No. 19-23019-JKS
Yolanda Horton                                                   Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2        User: admin            Page 1 of 2         Date Rcvd: Mar 31, 2020
                            Form ID: 148           Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
```
db              Yolanda Horton,   87 21st St,   Irvington, NJ  07111-4558
cr             +Fay Servicing, LLC as servicer for Wilmington Trus,   Friedman Vartolo, LLP,
                 1325 Franklin Avenue, Ste. 230,   Garden City, NY 11530-1631
518331992       ATT DIRECTV,   AT&T,   PO Box 5014,   Carol Stream, IL  60197-5014
518377162       Capital One Bank,   C/o Lyons Doughty And Veldhuis,   PO Box 1269,
                 Mount Laurel, NJ 08054-7269
518331994      +ESSEX COUNTY SPECIAL CIVIL PART,   50 W Market St,   Newark, NJ 07102-1604
518331995       Fay Servicing LLC,   Attn: Bankruptcy Dept,   PO Box 809441,   Chicago, IL  60680-9441
518331996       Fay Servicing LLC,   1601 Lyndon B Johnson Fwy,   Farmers Branch, TX  75234-6034
518331998       Jackie Horton,   87 21st St,   Irvington, NJ  07111-4558
518332000       Mscdevinc,   2433 S University Dr,   Fort Worth, TX  76109-1145
518377163       Pressler and Pressler,   7 Entin Rd,   Parsippany, NJ 07054-5020
518377164       Silver Cloud Financial,   635 E Highway 20C,   Upper Lake, CA 95485
518377165       State of NJ,   NJ Division of Revenue,   33 W State St # 5TH,   Trenton, NJ 08608-1214
518332002       Terry Bishop,   87 21st St,   Irvington, NJ  07111-4558
518393760      +Wilmington Trust, National Association,   Trustee for MFRA Trust 2014-2,
                 c/o Fay Servicing, LLC,   P.O. Box 814609,   Dallas, TX 75381-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 01 2020 02:44:34     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 01 2020 02:44:30     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518331993       EDI: CAPITALONE.COM Apr 01 2020 06:13:00     Capital One Bank USA NA,   PO Box 30285,
                 Salt Lake City, UT  84130-0285
518445464      +EDI: AIS.COM Apr 01 2020 06:13:00     Directv, LLC,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518331997       EDI: IIC9.COM Apr 01 2020 06:13:00     I C System Inc,   PO Box 64378,
                 Saint Paul, MN  55164-0378
518331999       EDI: MID8.COM Apr 01 2020 06:13:00     Midland Funding LLC,   2365 Northside Dr # 300,
                 San Diego, CA  92108-2709
518332001       E-mail/Text: collections@profcu.org Apr 01 2020 02:42:12     Proponent Fcu,
                 536 Washington Ave,   Nutley, NJ  07110-3600
518332004       EDI: VERIZONCOMB.COM Apr 01 2020 06:13:00     Verizon,   Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,   Saint Charles, MO  63304-2225
518435441      +EDI: AIS.COM Apr 01 2020 06:13:00     Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518332003       EDI: VERIZONCOMB.COM Apr 01 2020 06:13:00     Verizon,   500 Technology Dr,
                 Weldon Spring, MO  63304-2225
                                                                                    TOTAL: 10

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
```
        Denise E. Carlon   on behalf of Creditor   Wilmington Trust, National Association, not in its
         individual capacity, but solely as trustee for MFRA Trust 2014-2. dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Mar 31, 2020
                              Form ID: 148             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing, LLC as servicer for Wilmington Trust,
        National Association, not in its individual capacity, but solely as trustee for MFRA Trust
        2014-2 bankruptcy@friedmanvartolo.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Paul Anthony Figueroa, III    on behalf of Debtor Yolanda  Horton figueroa@focusedlaw.com,
        andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com
        Rebecca Ann Solarz    on behalf of Creditor    Wilmington Trust, National Association, not in its
        individual capacity, but solely as trustee for MFRA Trust 2014-2. rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                   TOTAL: 6