| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on March 31, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Chapter 13 Case No.:  19-23019 |
| IN RE:<br><br>    YOLANDA HORTON | HEARING DATE:  03/26/2020<br><br>Judge:  JOHN K. SHERWOOD |

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: March 31, 2020

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): YOLANDA HORTON

Case No.: 19-23019

Caption of Order:     ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion to Dismiss on 03/26/2020, and the Court having been satisfied that proper service and notice was effectuated on the Debtor(s) and Debtor(s)' counsel, and the Court having considered the Chapter 13 Standing Trustee's report, and good and sufficient cause appearing therefrom for the entry of this Order, it is

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

ORDERED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

United States Bankruptcy Court
District of New Jersey

In re:  
Yolanda Horton  
      Debtor

Case No. 19-23019-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Mar 31, 2020  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.  
db         Yolanda Horton,    87 21st St,    Irvington, NJ    07111-4558

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 bankruptcy@friedmanvartolo.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Paul Anthony Figueroa, III    on behalf of Debtor Yolanda  Horton figueroa@focusedlaw.com, andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com  
       Rebecca Ann Solarz    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2. rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                     TOTAL: 6